

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JASPER WASHINGTON,  :  CIVIL ACTION
  Petitioner,  :
  v.  :  No. 09-1750
RANDALL E. BRITTON, et al.,  :
  Respondents.  :

FILED
SEP 24 2009
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### ORDER

AND NOW, this 24th day of September, 2009, it appearing that petitioner filed a successive petition for a writ of habeas corpus, **IT IS HEREBY ORDERED** that the petition is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

_____
Pollak, J.